v.

**STATE of Missouri, Respondent.**

**No. WD 59262.**

Missouri Court of Appeals,
Western District.

Aug. 28, 2001.

**Sandra WILLIAMS, Appellant,**

v.

**REMINGTON HOTEL
CORPORATION,
Respondent.**

**No. WD 59104.**

Missouri Court of Appeals,
Western District.

Aug. 28, 2001.

Before ROBERT G. ULRICH, Presiding Judge, PATRICIA BRECKENRIDGE and JOSEPH M. ELLIS, Judges.

#### *ORDER*

John Mitchell, Kansas City, MO, for Appellant.

Larry Tyrl, Kansas City, MO, for Respondent.

Before EDWIN H. SMITH, Presiding Judge, and VICTOR C. HOWARD, Judge, and RONALD R. HOLLIGER, Judge.

#### ORDER

Appellant Sandra Williams ("Williams") appeals the trial court's dismissal of her negligence case against Respondent Remington Hotel Corporation ("Remington"). The trial court found that it did not have jurisdiction over Williams' case as she was a statutory employee of Remington, which brought her claim within the exclusive jurisdiction of the Worker's Compensation Commission pursuant to the Worker's

Compensation Law, § 287.010, et seq., RSMo.

We have reviewed the briefs of the parties and the record on appeal, and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).